**PLAINTIFF'S NOTICE OF APPEAL**

# EXHIBIT E

*Contemporary Services Corporation*
*v.*
*Landmark Event Staffing Services, Inc.; et al.*
U.S.D.C. (C.D. Cal.) No. 8:09-cv-00681-BRO-An

**ATTORNEYS AND PARTIES**

Ronald L. Richman
C. Todd Norris
Bullivant Houser Bailey PC
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415.352.2700
Facsimile: 415.352.2701
E-Mail: ron.richman@bullivant.com
E-Mail: todd.norris@bullivant.com
    Attorneys for Plaintiff
    CONTEMPORARY SERVICES CORPORATION


Melvin N.A. Avanzado
Elaine W. Yu
The Avanzado Law Firm
1880 Century Park East, Suite 1100
Los Angeles, CA 90067
Telephone: 310-552-9300
Facsimila: 310-388-5330
E-mail: mel@avanzadolaw.com
E-mail: elaine@avanzadolaw.com
    Attorneys for Defendants
    LANDMARK EVENT STAFFING SERVICES, INC., PETER KRANSKE and
    MICHAEL HARRISON