# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

Circuit Mediation Office
Phone (415) 355-7900 Fax (415) 355-8566
http://www.ca9.uscourts.gov/mediation

# MEDIATION QUESTIONNAIRE

The purpose of this questionnaire is to help the court's mediators provide the best possible mediation service in this case; it serves no other function. Responses to this questionnaire are *not* confidential. Appellants/Petitioners must electronically file this document within 7 days of the docketing of the case. 9th Cir. R. 3-4 and 15-2. Appellees/Respondents may file the questionnaire, but are not required to do so.

| | |
|---|---|
| 9th Circuit Case Number(s): | 14-56636 |
| District Court/Agency Case Number(s): | 8:09-cv-00681-BRO-AN |
| District Court/Agency Location: | CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION |
| Case Name: | CONTEMPORARY SERVICES CORPORATION v. LANDMARK EVENT STAFFING SERVICES, INC. ET AL. |
| If District Court, docket entry number(s) of order(s) appealed from: | 350, 355, 363 |
| Name of party/parties submitting this form: | CONTEMPORARY SERVICES CORPORATION |

### Please briefly describe the dispute that gave rise to this lawsuit.

The dispute arose out of defendants' misappropriation of CSC's proprietary and confidential information.

### Briefly describe the result below and the main issues on appeal.

On September 9, 2014, the district court granted defendants' Motion for Summary Judgment in its entirety. The main issues on appeal are: (1) whether the district court erred in concluding there was insufficient evidence that defendants knowingly misappropriated CSC's trade secrets; (2) whether the district court erred in concluding, among other things, that CSC's Deployment Workbook is not a trade secret, as a matter of law; and (3) whether the district court erred in concluding that because CSC could not establish misappropriation of a trade secret, all of CSC's remaining claims also fail.

### Describe any proceedings remaining below or any related proceedings in other tribunals.

Not applicable.

| Provide any other thoughts you would like to bring to the attention of the mediator. |
| --- |
| |

Any party may provide additional information *in confidence* directly to the Circuit Mediation Office at ca09_mediation@ca9.uscourts.gov. Please provide the case name and Ninth Circuit case number in your message. Additional information might include interest in including this case in the mediation program, the case's settlement history, issues beyond the litigation that the parties might address in a settlement context, or future events that might affect the parties' willingness or ability to mediate the case.

## CERTIFICATION OF COUNSEL

I certify that:

☒ a current service list with telephone and fax numbers and email addresses is attached (see 9th Circuit Rule 3-2).

☐ I understand that failure to provide the Court with a completed form and service list may result in sanctions, including dismissal of the appeal.

| Signature | s/ C. Todd Norris |
| --- | --- |

("s/" plus attorney name may be used in lieu of a manual signature on electronically-filed documents.)

| Counsel for | CONTEMPORARY SERVICES CORPORATION |
| --- | --- |

**Note:** Use of the Appellate ECF system is mandatory for all attorneys filing in this Court, unless they are granted an exemption from using the system. **To file this form electronically** in Appellate ECF, complete the form, and then print the filled-in form to PDF (File > Print > PDF Printer/Creator). Then log into Appellate ECF and choose Forms/Notices/Disclosure > File a Mediation Questionnaire.

*Contemporary Services Corporation*

*v.*

*Landmark Event Staffing Services, Inc., et al.*

USDC – Central District of California, No. 8:09-cv-00681-BRO-AN

**ATTORNEYS AND PARTIES**

Ronald L. Richman
C. Todd Norris
Bullivant Houser Bailey PC
601 California Street, Suite 1800
San Francisco, CA  94108
Telephone: 415.352.2700
Facsimile: 415.352.2701
E-Mail: ron.richman@bullivant.com
E-Mail: todd.norris@bullivant.com

Attorneys for Plaintiff
CONTEMPORARY SERVICES CORPORATION


Melvin N.A. Avanzado
Elaine W. Yu
The Avanzado Law Firm
1880 Century Park East, Suite 1100
Los Angeles, CA  90067
Telephone:  310-552-9300
Facsimile:  310-388-5330
E-mail:  mel@avanzadolaw.com
E-mail:  elaine@avanzadolaw.com

Attorneys for Defendants
LANDMARK EVENT STAFFING SERVICES, INC., PETER KRANSKE and MICHAEL
HARRISON

| 9th Circuit Case Number(s) | 14-56636 |
|---|---|

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing MEDIATION

QUESTIONNAIRE with the Clerk of the Court for the United States Court of

Appeals for the Ninth Circuit by using the appellate CM/ECF system

on(date)

| October 21, 2014 |
|---|

I certify that all participants in the case are registered CM/ECF users and

that service will be accomplished by the appellate CM/ECF system.


_____ s/ *Daisy I. Broyles* _____
Daisy I. Broyles

12390706.1